# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RAYMOND H. PIPER,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CASE NO. 3:15-cv-5611 BAT

**ORDER GRANTING MOTION FOR ATTORNEY FEES**

Before the Court is Plaintiff's motion for attorney fees of $16,977.50, pursuant to 42 U.S.C. § 406(b). Dkt. 25. Defendant is not opposed to the motion. Dkt. 26.

The Court previously awarded Plaintiff's attorney a fee of $7,772.91 pursuant to the Equal Access to Justice Act ("EAJA"). Dkt. 24. However, $4,876.46 of the EAJA award was garnished to pay Plaintiff's debts, leaving a balance of $2,896.45 paid to Plaintiff's attorney. Dkt. 25, Exhibit E. Following remand and a second hearing, the ALJ awarded past due disability benefits to Plaintiff in the amount of $95,910.00. Dkt. 25, Exhibit A.

Plaintiff requests the net sum of $16,977.50, which represents 25% of past due benefits awarded ($95,910.00 x 25% = $23,977.50), less $2,896.45 (EAJA fees previously received after garnishment), less $4,103.55 (additional voluntary reduction). *Id.*; Exhibits A-E.

ORDER GRANTING MOTION FOR ATTORNEY FEES - 1

| | |
|---|---|
| 1 | Having considered Plaintiff's request, Respondent's non-opposition, and all documents in |
| 2 | support thereof, the Court hereby **ORDERS** that Plaintiff's attorney Eitan Kassel Yanich is |
| 3 | awarded $16,977.50.  Social Security is directed to send to Plaintiff's attorney the amount |
| 4 | $16,977.50, minus any applicable processing fees as allowed by statute.  After paying the attorney |
| 5 | fees, Social Security shall release all remaining funds directly to Plaintiff. |
| 6 | DATED this 6th day of October, 2017. |

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION FOR ATTORNEY FEES - 2